MARK STEGER SMITH
TYSON M. LIES
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 2nd Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667 – Mark
       (406) 247-4632 - Tyson
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov
       tyson.lies@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMAAL HAMPTON, Personal Representative of the Estate of Earlajah Raye Miller,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 20-83-BLG-SPW-TJC<br><br>NOTICE OF SETTLEMENT |

Defendant United States of America provides notice to the Court that the parties have agreed to settle this matter upon mutually agreeable terms. The parties will file a stipulation for dismissal and proposed order dismissing the case within

sixty days of the date of this notice.

**DATED** this 1st day of November, 2021.

                                                  Kurt G. Alme
                                                United States Attorney

                                                <u>/s/ Mark Steger Smith</u>
                                                Mark Steger Smith
                                                Tyson M. Lies
                                                Assistant U.S. Attorneys
                                                Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2021, a copy of the foregoing document was served on the following person by the following means.

| | |
|---|---|
| __1–2__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | U.S. Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk of Court

2. James G. Edmiston
Tanis M. Holm
EDMISTON & COLTON LAW FIRM
310 Grand Avenue
Billings, Montana 59101
(406) 259-9986 – phone
(406) 259-1094 – fax
jim@yellowstonelaw.com
tholm@yellowstonelaw.com
Attorneys for Plaintiff

**/s/ Mark Steger Smith**
**Assistant U.S. Attorney**
**Attorney for Defendant**