# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JAMAAL HAMPTON, Personal Representative of the Estate of Earlajah Raye Miller,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CV 20-83-BLG-SPW-TJC<br><br><br>ORDER |

The parties having filed a stipulation to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees. The Clerk of Court is directed to CLOSE this case.

**DATED** this ___ day of December, 2021.

_____
Susan P. Watters
United States District Court