IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMAAL HAMPTON, Personal Representative of the Estate of Earlajah Raye Miller,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 20-83-BLG-SPW-TJC<br><br><br>ORDER |

The parties having filed a stipulation to dismiss (Doc. 22) this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 6th day of December, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge